Appellate Docket Number: 12-15-00027-CV

AppellateCase Style: Kenneth Crissup V. William Stephens Et Al

Companion Case Number 349-7261

FILED IN COURT OF APPEALS
12th Court of Appeals District

FEB 11 2015

elKm

TYLER TEXAS
CATHY S. LUSK, CLERK

DOCKETING STATEMENT (Civil)

TWELFTH COURT OF APPEALS

1. Appellant

X Person

Kenneth Crissup

Carl

Crissup

Jr.

Pro Se X

11. Appellant Attorney

Appellant is proceeding Pro Se.

TDCJ # 1258732

Michaels Unit

2664 FM 2054

Tennessee Colony Tx 75886

No PHONE ,FAX ,OR EMAIL

111. Appellee's

William Stephens,
Todd A. Foxworth,
Pamel Kirkpatrick,
Eboni G. Brown,
Dr. Gary Wright,
Lisa Garrett,
Unknown Officer

1V. Appellee's Attorney

Lead Attorney

Ken Paxton Jr.

Attorney general State of Texas

209 West 14Th Street

PO BOX 12548

Austin Tx 78711-2548

Phone : 512-463-2080

Fax: 512-495-9139

E-Mail: unknown

SBN: unknown

V. Perfection of Appeal and Jurisdiction

Nature of Case: Property Loss,personal injury,mandamus relief

Judgement entered: October 27,2014 ,Dismissal

Notice of Appeal Filed: February 2,2015

Mailed : January 29,2015

Interlocutory Appeal or appealable order NO

Acclerated Appeal NO

Parental termination NO

permissive NO

AGREED NO

Appeal should receive prefernce ,precedence,or priority under statute or rule: NO

Does this case involve an amount under $100,000 YES

Judgement and Order disposes of all parties and issues: YES

APPEAl from final Judgment : YES

1.

Does this Appeal involve the constitutionality or validity of a statute or rule,or ordinance?  NO

V1. Actions Extending Time to perfect Appeal
    Motion for New trial: _NO
    Motion to modify Judgment: _NO_
    Request for Findings of Facts and Conclusions of Law: _YES_
    Date Filed: November 5,2014
    Motion to reinstate: _NO_
    Motion under TRCP 306a:  NO_
    Other: __NO

V11. Indigency of Party
    Affidavit filed in trial court: _YES_ ,filed October 16,2012
    resubmitted June 3,2013,February 2,2015
    Contest filed in Court:_ NO_

V111. Bankruptcy
    Has any party to the court's judgment filed fro protection in bankruptcy which might affect this appeal?_NO

1X. Trial Court and Record
    Court: 349 TH
    County: Anderson
    Trial Court Docket Number: 349-7261
    Trial Judge: Pam Fletcher
    Address: 500 N. Church Street
          Palestine Texas,75801
    Phone:_903-723-7415__
    Fax:_unknown___
    E- Mail: Unknown__
    Clerk's Record: unknown_
    Trial Court Clerk: District _YES__
    Was clerk's record requested?__NO_
    if no,date will be requested : _unknown__
    were payment arrangements made with clerk? __NO__

    Reporters Record:
    Is there a reporters record?  UNKNOWN__
    Was reporters record requested?_NO_

Was there a reporters record electronically filed?__UNKNOWN__

If no,date it will be requested:  UNKNOWN

Were payment arrangements made with the court reporter?  NO

Court reporters name: UNKNOWN

X. Supersedes  Bond

Supersedes Bond filed:  NO

Will file:  NO

X1. Extraordinary relief:

Will you request extraordinary relief from this court?  NO

X11. Alternative dispute resolution/Mediation

Should this Appeal be referred to mediation?  YES

Has the case been through ADR procedure?  NO

Type of case: property loss,personal injury,retaliation/
                  civil rights violation

How was the case disposed of ? Dismissal,Motion to dismiss for
   non-compliance with civil Practice & Remedies Code §14.004

Summary relief franted? Dismissal

Money Judgment?  NO

Attorneys fees?  NO

Other:  NO

Will you challenge this Court's jurisdiction?  NO

Does the judgment have a mother hubbard clause ?  NO

other basis for finality ?  NONE

Rate the complexity of the case ( 1 fro least 5 for most complex)
   1

Please make my answers to the proceeding questions known to other
parties in this case :  YES

Can the parties agree on an appellate mediator ?  YES

language other than english in which mediator should be
proficient:  NONE

Name of person filing out mediation section of docketing statement :

:

Kenneth Crissup

XIII. RELATED MATTERS:

  List any pending or past related matters before thsi or any other Texas Appellate Court by docket number,and style:

Docket Number: 03-12-00761-CV

Trial Court Number: 200 Th Judicial District

Style: Exparte Kenneth Crissup

Docket Number: 12-14-00251-CV

Trial Court: 349 TH Judicial District

Style: Kenneth crissup V. William Stephens , ET AL

XIV. PRO BONO Program

  Do you want this case to be considered by the pro bono committee?

__YES

Do you authorize the Pro Bono committee to contact your trial counsel?

YES__

If you have previously filed an affidavit of indigency and attached a file -stamped copy of that affidavit,does your income exceed the purposes of considering the case for inclusion in the Pro Bono Program?

I am unable to provide a file stamped copy ,my income deos not exceed the federal poverty guidelines

Are you willing to disclose financial circumstances to the Pro Bono committee ? __YES__

XV.  Signature

Kenneth Crissup

February 8, 2015
Date

4.

XVl. Certificate of Service

The undersigned counsel certifies that this docketing statemetn has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ~~February 8, 2015~~

Kenneth Crissup

Date Served: February 8,2015

Manner Served: first Class Mail

Ken Paxton Jr.

Attorney General / State of Texas

209 west 14 Th Street

PO BOX 12548

Austin tx, 78711-2548

Phone: 512-463-2080

fax: 512-495-9139

E Mail: Unknown


If attorney ,representing parties name: William Stephens,Todd A . Foxworth Pamela Kirkpatrick,Eboni Brown,Dr. gary wright,lisa Garrett, and
" Unknown Officer".